

May 18, 2023

**Via Electronic Transmission:** MRUFOIA.Requests@USDOJ.Gov

FOIA/PA Mail Referral Unit
Department of Justice
Room 115
LOC Building
Washington, DC 20530-0001
Phone: (202) 616-3837

**RE:** **Request for Records Relating to Hiring and Employment of Christina Calce**

Dear FOIA Officer:

## INTRODUCTION

Empower Oversight Whistleblowers & Research ("Empower Oversight") is a nonpartisan, nonprofit educational organization dedicated to enhancing independent oversight of government and corporate wrongdoing. We work to help insiders safely and legally report waste, fraud, abuse, corruption, and misconduct to the proper authorities, and seek to hold those authorities accountable to act on such reports by, among other means, publishing information concerning the same.

## BACKGROUND

According to her profiles in *Legistorm* and *LinkedIn*, Ms. Christina Calce was employed by the House Energy and Commerce Committee, Oversight and Investigations Subcommittee, as an Oversight Counsel from June 2017 to July 2018; the Senate Judiciary Committee as an Oversight Counsel from July 2018 to July 2020; the Democratic National Committee as a Senior Research Manager from July 2020 to May 2021; and the Department of Justice (DOJ) in its Office of Legislative Affairs, first as Chief of Staff and Senior Counsel and then as Deputy Assistant Attorney General, from May 2021 to January 2023.[1] No other employment is listed on her profiles for the June 2017 through May 2021 period. Her *Legistorm* profile advises that her annual pay for her Senate and House positions in fiscal years 2018 through 2020 ranged from $71,451 to $95,888.

---

[1] *See* https://www.legistorm.com/person/bio/274530/Christina_Maria_Calce.html; https://www.linkedin.com/in/christina-calce-0202624a. Ms. Calce's *LinkedIn* profile is slightly less detailed; it lists her Democratic National Committee position as "Senior Investigative Counsel" and her Senate and House positions as "Democratic Staff." *See* https://www.linkedin.com/in/christina-calce-0202624a.

According Federal Elections Commission ("FEC") data, in August, September, and October of 2020, Ms. Calce made eight political contributions totaling $75,304.38 to the Democratic National Committee ("DNC"), the Biden Victory Fund, and Biden for President.[2] While employed by the DNC, records indicate that she made $50,000 in political contributions on August 1, 2020:

- $19,400 to the DNC,
- $25,000 to the Biden Victory Fund, and
- $5,600 to Biden for President, *Id*.

The records also show that on September 16, 2020, she contributed $152.19 to the Biden Victory Fund and $152.19 to the Democratic National Committee. *Id*. And, on October 19, 2020, she contributed $12,500 to the Biden Victory Fund and $12,500 to the Democratic National Committee. *Id*.

While serving in high-level positions in DOJ's Office of Legislative Affairs from May 2021 to January 2023, Ms. Calce was in a position to oversee requests members of Congress and congressional committees sent to DOJ and its components, including the Federal Bureau of Investigation ("FBI"). While she served in that position, Representative Jim Jordan, then Ranking Member of the House Committee on the Judiciary sent a letter dated September 19, 2022, to FBI Director Christopher Wray asking for information concerning FBI whistleblower allegations that "the FBI is deliberately manipulating the way case files related to January 6 investigations are maintained in order to create a false and misleading narrative that domestic violent extremism is increasing around the country."[3] Furthermore, Representative Jordan has issued a press release that "President Joe Biden 'was excited … to go after parents' with the FBI after receiving the National School Boards Association letter asking his administration to treat concerned parents as 'domestic terrorists' and use the Patriot Act…"[4]

Most recently, Ms. Calce has gone from working for DOJ to working as the Chief Counsel for Oversight - Democratic Staff of the House Judiciary Committee with oversight over DOJ.[5] In that capacity, she is working on matters involving these same FBI whistleblowers in which she was presumably involved at DOJ.

Considering these reports about the Biden Administration possibly misusing the FBI for political purposes and Ms. Calce's political contributions to President Biden's campaign and the DNC which represented a substantial portion of her reported income at the time, there is a public interest in records that would shed light on the circumstances of her hiring by DOJ and actions that she took regarding questions from members of Congress about possible misuse of the FBI for political purposes.

It is further in the public interest to shed light on Ms. Calce's possible conflicts of interest since she has switched sides from DOJ to the House Judiciary Committee and has been involved in cases of FBI whistleblowers whose information was reported to DOJ components when she held a high-level position at DOJ's Office of Legislative Affairs. This public interest is heightened by the fact that while Ms. Calce was serving on the minority staff of the committee, they released a staff report disclosing confidential whistleblower testimony without the committee's authorization.

---

[2] *See* https://www.fec.gov/data/receipts/individual-contributions/?contributor_name=christina+calce&contributor_state=DC.
[3] Rep. Jordan Letter to FBI Director Wray (Sept. 19, 2023) *available at* https://judiciary.house.gov/sites/evo-subsites/republicans-judiciary.house.gov/files/2022-09/2022-09-19-JDJ-to-Wray-re-WFO-DT-investigations.pdf.

[4] Rep. Jordan Press Release, *Jim Jordan: Joe Biden 'Excited' About 'Going After Parents' with 'Domestic Terrorism' Letter, 'All About Intimidation'* (Jun. 14, 2022) *available at* https://judiciary.house.gov/media/press-releases/jim-jordan-joe-biden-excited-about-going-after-parents-with-domestic-terrorism.

[5] *See* https://www.linkedin.com/in/christina-calce-0202624a/

## RECORDS REQUEST

To shed light on the DOJ's hiring and employment of Christina Calce, pursuant to the Freedom of Information Act ("FOIA"),[6] Empower Oversight requests:

1. All records discussing DOJ's consideration and hiring of Ms. Calce, including all records related to her interest in joining the Department, consideration of her for any Department position, any statements of recommendation, evaluations of her qualifications, records relating to interviews with Ms. Calce, notes from any such interviews, and any offers of employment;

2. All forms completed by Ms. Calce in the application, hiring, and onboarding processes at DOJ;

3. All conflicts Ms. Calce reported or that DOJ assessed to apply to her;

4. All communications between (among) Ms. Calce and any person(s) relating to or referencing Steve Friend, George Hill, Jim Jordan, or the term "weaponization"; and

5. All communications between Ms. Calce and Representative Jerrold Nadler, any member of the House Judiciary Committee, or any committee staff person.

## DEFINITIONS

"COMMUNICATION(S)" means every manner or method of disclosure, exchange of information, statement, or discussion between or among two or more persons, including but not limited to, face-to-face and telephone conversations, correspondence, memoranda, telegrams, telexes, email messages, voice-mail messages, text messages, Slack messages, meeting minutes, discussions, releases, statements, reports, publications, and any recordings or reproductions thereof.

"DOCUMENT(S)" or "RECORD(S)" mean any kind of written, graphic, or recorded matter, however produced or reproduced, of any kind or description, whether sent, received, or neither, including drafts, originals, non-identical copies, and information stored magnetically, electronically, photographically or otherwise.  As used herein, the terms "DOCUMENT(S)" or "RECORD(S)" include, but are not limited to, studies, papers, books, accounts, letters, diagrams, pictures, drawings, photographs, correspondence, telegrams, cables, text messages, emails, memoranda, notes, notations, work papers, intra-office and inter-office communications, communications to, between and among employees, contracts, financial agreements, grants, proposals, transcripts, minutes, orders, reports, recordings, or other documentation of telephone or other conversations, interviews, affidavits, slides, statement summaries, opinions, indices, analyses, publications, questionnaires, answers to questionnaires, statistical records, ledgers, journals, lists, logs, tabulations, charts, graphs, maps, surveys, sound recordings, data sheets, computer printouts, tapes, discs, microfilm, and all other records kept, regardless of the title, author, or origin.

"PERSON" means individuals, entities, firms, organizations, groups, committees, regulatory agencies, governmental entities, business entities, corporations, partnerships, trusts, and estates.

"REFERS," "REFERRING TO," "REGARDS," REGARDING," "RELATES," "RELATING TO," "CONCERNS," "BEARS UPON," or "PERTAINS TO" mean containing,

---

[6] 5 U.S.C. § 552.

alluding to, responding to, commenting upon, discussing, showing, disclosing, explaining, mentioning, analyzing, constituting, comprising, evidencing, setting forth, summarizing, or characterizing, either directly or indirectly, in whole or in part.

"INCLUDING" means comprising part of, but not being limited to, the whole.

## INSTRUCTIONS

The time period of the requested records is January 20, 2021, through January 31, 2023.

The words "and" and "or" shall be construed in the conjunctive or disjunctive, whichever is most inclusive.

The singular form shall include the plural form and vice versa.

The present tense shall include the past tense and vice versa.

In producing the records described above, you shall segregate them by reference to each of the numbered items of this FOIA request.

If you have any questions about this request, please contact me by e-mail at tleavitt@empowr.us.

## FEE WAIVER REQUEST

Empower Oversight agrees to pay up to $25.00 in applicable fees, but notes that it qualifies as a "representative of the news media" and requests a waiver of any fees that may be associated with processing this request, in keeping with 5 U.S.C. § 552 (a)(4)(A)(iii).

Empower Oversight is a non-profit educational organization as defined under Section 501(c)(3) of the Internal Revenue Code, which helps insiders safely and legally report waste, fraud, abuse, corruption, and misconduct to the proper authorities, and seeks to hold those authorities accountable to act on such reports by, among other means, publishing information concerning the same.

Further, the information that Empower Oversight seeks is in the public interest because it is likely to contribute significantly to the public's understanding of DOJ's vetting of staff.

Empower Oversight is committed to government accountability, public integrity, and transparency. In the latter regard, the information that that Empower Oversight receives that tends to explain the subject matter of this FOIA request will be disclosed publicly via its website, and copies will be shared with other news media for public dissemination.

For ease of administration and to conserve resources, we ask that documents be produced in a readily accessible electronic format. Thank you for your time and consideration. Please do not hesitate to contact me with any questions.

Cordially,

/Jason Foster/
Jason Foster
Empower Oversight
Founder and Chairman